**FILED**

2011 Dec-22  PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

James Timothy Turner

Plaintiff *in propria persona*

285 East Broad Street          Tel. (334) 774 7673

Ozark, Alabama 36360          E-mail: jtturner022@yahoo.com

# UNITED STATES DISTRICT COURT, NORTHERN *Southern* ~~Division~~ DISTRICT OF ALABAMA

| | |
|---|---|
| James Timothy Turner, et al, and the Sovereign People of the Republic for the United States of America, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| President of the United States, | ) ) |
| Speaker of the House of Representatives of the United States, | ) ) ) |
| President of the Senate of the United States, | ) ) ) |
| Attorney General of the United States, | ) ) |
| Governors of the Fifty States of the United States, | ) ) ) |
| County Commissioners and Sheriffs of the 3131 Counties of the United States, | ) ) ) |
| Doug Valeska District Attorney, Houston County, et al | ) ) ) |
| Bob Paudert Chief of Police West Memphis, Arkansas et al, | ) ) ) |
| *Defendants continued,* | ) ) |

CIVIL RIGHTS COMPLAINT

TRIAL BY JURY DEMANDED

42 U.S.C. §1983, 1985, 1986

NONFEASANCE,
MALFEASANCE,
MISFEASANCE, AND LIBEL

CV-11-JEO-4315-S

1

Sheriff Andy Hughes, Houston County ) )
et al, Sheriff Wally Olson, Dale County )
et al, Sheriff Greg Ward, Geneva )
County et al, Sheriff Dave Sutton )
Coffee County et al, Sheriff Tommy )
Thompson, Barber County et al, Sheriff )
Will Maddox, Henry County et al, )
Sheriff Heath Taylor, Russell County et )
al, )
Dothan Eagle Newspaper, )
Defendants, )

A. INTRODUCTION

1. William Foust (Foust), unarmed at that material time, lost his life dishonorably at the hands of law enforcement agents. His only "crime" was for teaching concerned citizens how to fight home foreclosures successfully because the Defendants have done nothing concrete or particularized to save millions of homes from fraudulent foreclosure sales.

2. James Timothy Turner, who was associated with Foust is being subjected to a series of well-planned and well-executed smear campaigns while being branded an anti-government person by the Dothan Eagle newspaper. Both Foust and Turner, who have thousands of followers, have been steadfast in teaching the principles of the Holy Bible and the United States Constitution regarding civil rights and honest services as promised by the Defendants.

2

Yet, Defendant Dothan Eagle cause libel, slander and defamation to be occasioned upon the Plaintiff. Plaintiff has suffered public odium, hatred, contempt, loss of reputation, and humiliation as a result of Defendant Dothan Eagle's libelous newspaper articles featuring Plaintiff as a bad person.

3. John the Baptist, who went about teaching about the righteousness and the Kingdom of God to his numerous followers, was beheaded by King Herod. See Mark 6:14-29, King James Version, Holy Bible. Herod was afraid that John the Baptist would start a rebellion because of his vastly growing band of followers. Jesus of Nazareth met the same fate at Golgotha.

4. Plaintiff Turner, obviously, fears for his life for teaching the teachings of Jesus the Risen Christ through the Holy Bible, which has been declared by federal law as the Word of God. See Public Law 97-280 of October, 1982.

5. In America today, the Bill of Rights stand strong and solid as a bulwark against excessive government. That was, and is, the only protective shield we, the people, have in our arsenal of protective rights. The original Ten Amendments were entrenched in our Constitution without which there would have been no ratification of the Constitution in 1791.

6. Two of the 8 Points of the Atlantic Charter of August 14, 1941 – a vision of both the United States and Great Britain spearheaded by President Franklin D Roosevelt and Prime Minister Winston Churchill for a post-World War II world – was to work to establish freedom from fear and want; to establish self-determination as a right for all people.

3

Plaintiffs contend that these noble visions were loosely entrenched in our social compact with no scriptural, biblical or constitutional moorings.

7. For Justice Hugo Lafayette Black, Associate Justice of the United States Supreme Court (1937-1971), the Bill of Rights was a set of relevant protections against governmental mischief. He explained in *Adamson v. California*, 332 U.S. 46 (1947) at 89, that:

I cannot consider the Bill of Rights to be an outworn 18th century 'strait jacket' . . .Its provisions may be thought outdated abstractions by some. And it is true that they were designed to meet ancient evils. But they are the same kind of human evils that have merged from century to century wherever excessive power is sought by the few at the expense of the many. In my judgment, the people of no nation can lose their liberty so long as the Bill of Rights like ours survives and its basic purposes are conscientiously interpreted, enforced, and respected so as to afford continuous protection against old, as well as new, devices and practices which might thwart those purposes . . . I would follow what I believe was the original purpose of the Fourteenth Amendment – to extend to all people of the nation the complete protection of the Bill of Rights. To hold that this Court can determine what, if any, provisions of the Bill of Rights will be enforced, and if so to what degree, is to frustrate the great design of a written Constitution."

8. In the *Federalist Papers*, the inspiration and motivation for the U.S. Constitution, the three authors declared: "for a written constitution will always impede each generation's quest for moral and political progress. It is

4

the means whereby political principles can hedge in popular passions. (*Federalist* #10, 52, 78-83).

9. John Stuart Mill "*On Liberty:*" wrote that "the disposition of mankind whether as rulers or as fellow citizens, to impose their own opinions and inclinations as a rule of conduct upon others, is so energetically supported by some of the best and some of the worst feelings incident to human nature, that it is hardly ever kept under restraint by anything but want of power." Therefore, a ***written constitution*** is the best defense to keep the good intentions of those who rule from running amok (emphasis added.)

10. Justice Marshall observed in *McCulloch v. Maryland,* 17 U.S. 316 (1819), that "peculiar circumstances of the moment may render a decision more or less wise, but cannot make it more or less unconstitutional."

11. Justice Douglas observed in *Harper v. Virginia Board of Elections*, 383 U.S. 663, 86 S. Ct. 1079, 16 L.Ed.2d 169 (1966), that the "job of the judiciary is to adapt the Constitution in order to keep it current, and that the Equal Protection Clause of the Fourteenth Amendment, U.S. Constitution is not shackled to the political theory of a particular era."

12. In America today, the U.S. Constitution, as the supreme law of the land, is conveniently ignored and disobeyed by the Defendants as officers entrusted with providing a limited government. When politically expedient, Defendants circumvent the Constitution by constitutional amendment protocols, or by legislation, as in the case of the Eleventh Amendment which overruled *Chisolm v Georgia*, 2 U.S. (2 Dall.) 419 (1793). Plaintiffs are aware that constitutional amendments could be held in secrecy in accordance

5

with Article 1, section 5, clause 3 of the U.S. Constitution. Transparency and accountability could very well be replaced by secrecy to the detriment of the people at large. Pointing this anomaly could be seen as an anti-government stance as Plaintiff Turner is currently facing through repeated and constant media attack.

13. The Constitution for the United States of America is an enduring document for all times. The seventeen amendments guarantee rights for those entrusted with running the government, and not for the followers of Plaintiff Turner. It portends an erosion of the rights originally promised, assured and guaranteed in the Ten Amendments.

## B. PRINCIPAL ISSUE

1. Plaintiffs seek the intercession of the judiciary, as guardians of the Constitution and as interpreters of the law, to sustain Plaintiffs' claim for relief as the Defendants are engaged in juggernaut politics.

42 U.S.C. §1983, 1985, 1986 are federal laws that provide causes of action for plaintiffs claims against the Government of the United States. Plaintiffs have been harassed, threatened and intimidated for citing and quoting the various and numerous principles of ethical and moral conduct required of Government Officials and Government Agencies who fail to measure up to the mandates of the Holy Bible and the 10 Amendments of the Bill of Rights, United States Constitution.

2. Defendants had, and have knowledge that they are perpetrating wrongs that are detrimental to the Plaintiffs and to others who follow the teachings

of Plaintiffs who wish to uphold the principles and mandates of God's Law and the U.S. Constitution in restoring this great country to its original moorings without the influence of the Westphalian philosophy or by Progressive mindsets that have redefined morals and ethics through the prism of "political correctness" by jettisoning God from government.

### C. FACTS AND BACKGROUND

"More and more we lawyers are awaking to a perception of the truth that what divides and distracts us in the solution of a legal problem is not so much uncertainty about the law as uncertainty about the *facts* – the facts that generate the law. Let the facts be known as they are, and the law will sprout from the seed, and turn its branches toward the light" (Justice Benjamin N Cardozo) (emphasis added).

Fact One: The United States government has shifted responsibility and accountability, from its original moorings as a constitutional republic, to that of a corporation. This act was codified as 28 U.S.C. Chapter 176 §3002 (15)(a)(b)(c). This corporate status adds to the Plaintiffs' claim for sovereign immunity. This is not what the nation's founders and framers intended in the compact with the people of the original thirteen colonies and its descendants through increased population and statehood.

FIRST CAUSE OF ACTION and Fact Two: The family of William Foust (Foust) has suffered irreplaceable and irreparable damage due to the loss of the patriarch of the family. Foust, unarmed at that material time, was gunned down by law enforcement officers of Pace, Arizona. Foust became learned in the law regarding mortgage fraud and replevin bonds. Foust, admittedly

7

and obviously, became a threat because of his intellectual prowess in the law when he won several foreclosure cases for victims of predatory lending and equity stripping by mortgage banks. Foust was executed by agents of the Defendants. This will be proven during trial. Law enforcement agents and agencies, in order to justify their unbridled power and force, conveniently conform to the nebulous standard of "resisting arrest." The Escobedo Rule is violated every time an arrest is made even without probable cause.

SECOND CAUSE OF ACTION and Fact Three: Plaintiff Turner, and other plaintiffs, have been subjected to smear campaigns, harassment, threats, and other forms of intimidation while being branded as terrorists, separatists and extremists. Plaintiffs are afraid for their lives because they could be arrested and detained on false and spurious charges under color of law. These plaintiffs have been teaching and propagating the principles of the Holy Bible that underscores peace and forgiveness and the laws of the Constitution for the United States of America. These teachings are being considered deviant and anti-government. Lies have speed, but truth has endurance, as will be proven during trial.

THIRD CAUSE OF ACTION and Fact Four: Defendant Dothan Eagle's articles are specious, acrimonious, and malicious. Exhibit1. It is a deliberate design to bring Plaintiff to public hatred, ridicule, odium, humiliation and contempt that is causing emotional and mental distress to Plaintiff. Defendant Dothan Eagle published stories with knowledge that they were false and continued publishing other articles with reckless disregard as to whether they were true or false.

Fact Five: Doug Valeska, district attorney for Houston County, Kirk Adams district attorney for Dale and Geneva counties, Alabama, and Andy Hughes, Sheriff of the same county, are the principal perpetrators of these outrageous lies aimed at thwarting righteous teachings of the Scriptures and the Constitution for the United States of America by Plaintiffs who are threatened with promises of planned mass arrests.

Fact Six: Bob Paudert, chief of police, West Memphis, Arkansas, lost his son in a gun battle involving one Jerry Kane and his son. The Kane's were ostensibly members of a "patriot movement". The Kane's were instead portrayed as members of the "Sovereign People of the Republic for the United States of America" led by Plaintiff Turner, who has never known the Kane's or been associated with them. Paudert is leading an organized nationwide false campaign in conjunction with some law enforcement against the Sovereign People that teach the Bible and the Constitution. Plaintiff Turner has a First Amendment right to free speech and, admittedly, not to free conduct. Turner's right to teach scriptural values and the Constitution for the United States of America are sacrosanct and inviolable.

## D. RIPENESS AND STANDING

1. "The essence of a true standing question is . . .[does] the plaintiff have a legal right to judicial enforcement of an asserted legal duty? This question should be seen as a question of substantive law, answerable by reference to the statutory or constitutional provision whose protection is invoked." See William Fletcher, *The Structure of Standing*, 98 Yale L.J. 221, 223 (1988) at 229.

Foust lost his life for believing in the Holy Bible and the supreme law of the

land. Turner is being prevented by teaching and propagating his sincerely held religious beliefs and his reliance on the supreme law of the land – the Constitution for the United States of America.

2. A personally real, concrete and particularized controversy is at stake in this Complaint as to assure that concrete adverseness will sharpen the presentation of issues upon which this honorable Court so largely depends for illumination of difficult constitutional questions. *Baker v. Carr,* 369 U.S. 186, 204 (1962).

Foust lost his life for standing up to the supreme law of the land. The other plaintiffs been subjected to well-regulated smear campaigns; and sustained political demonization by being stigmatized as terrorists, separatists and extremists.

3. In *Massachusetts v. Environmental Protection Agency,* 549 U.S. 497 (2007) Chief Justice Roberts of the United States Supreme Court reiterated *three requirements for standing* that the court has derived from Article III of the Constitution, which limits the federal courts' jurisdiction to "cases" and "controversies." First there must be an allegation of a "concrete and particularized" injury, one that is "actual and imminent, not conjectural or hypothetical," and that affects the plaintiff personally and not simply "the public at large."

Second the injury must be "fairly traceable to the defendant's allegedly unlawful conduct." *Bennett v. Spear*, 117 S. Ct. 1154, 1163 (1997). Foust and Turner have met this unlawful conduct that has spurred this action.

Third, the injury must be "likely to be redressed by the requested relief. "

10

*Northeastern Florida Contractors v. Jacksonville*, 508 U.S. 656, 663 (1993). Plaintiffs verily believe that this Court would redress his injury by the five reliefs requested.

Plaintiffs believe that the judiciary will be the final repository for relief as requested and sought in the interests of justice.

## E. JURISDICTION AND VENUE

This Court has subject matter jurisdiction over this case under 28 U.S.C.§ 1331 (Federal Question) because this action arises under the Fourteenth Amendment to the United States Constitution and 42 U.S.C, §1986, a federal law; under 28 U.S. § 1343 (a)(3) because this action is brought to redress deprivations, under color of state law, of rights, privileges and immunities secured by the United States Constitution; and under 28 U.S.C. § 1343(a)(4) because this action seeks money damages for emotional and mental distress, loss of earning capacity, and other punitive damages under 42 U.S.C. § 1986, an Act of Congress.

Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because the Defendants reside in the District of Columbia, and in other States of the Union, and can be represented in Alabama by the Solicitor General of the United States.

## F. PARTIES

Plaintiff Turner lives in Alabama. Plaintiff's followers live all over the United States of America.

Defendants President of the United States, the Speaker of the House of Representatives, the President of the Senate, and the Attorney General of the United States live in Washington D.C. that became a foreign corporation with respect to a state. Vol. 20, CJS, p. 1785; NY *re Merriam*, 36 N.E. 505, 1441 S. Ct. 1973, 41 L. Ed. 287. In February 21, 1871, the 41st Congress declared a "Government for the District of Columbia," Sec.34, Session III, ch. 61 & 62. The other defendants are residents of the fifty States of the Union.

### G. LAW AND ARGUMENT

1. Defendants have a sworn fiduciary duty toward the Plaintiffs in the social compact called the Constitution of the United States albeit implied. Defendants as governing agencies are chiefly responsible for establishing public policies unless specifically prohibited by a clear, constitutionally imposed restraint.

2. In an address delivered by Justice Hugo L Black at the Einstein Memorial Meeting-Town Hall (N.Y.C.), May 15, 1955, Justice Black reiterated that "life without liberty" was not "worth living." "The desire of people to be free from government oppression" was the "same all over the world." The Constitution, Justice Black said, "with its absolute guarantees of individual rights was the best hope for the aspirations of freedom which men share everywhere. Justice Black also shared the traditional American distrust of concentrated government power.

3. Plaintiffs contend and submit that the Defendants have abandoned their roles as guardians of sound public policies. The Constitution, especially the Bill of Rights, is violated daily. Plaintiff Turner has been denied a basic liberty to propagate his teachings of the Holy Bible and the U.S. Constitution.

4. In *Confederated Bands of Ute Indians v. United States*, 330 U.S. 169 (1947), the United States Supreme Court noted that presidential authority may not be created by arbitrary action of the President of the United States even if an Executive Order was issued.

5. Unlawful aliens have long been recognized as persons guaranteed Fifth and Fourteenth Amendment due process of law and under equal protection of law. *Shaugnessy v. Mezei*, 73 S.Ct. 625 (1953); *Wong Wing v. U.S.*, 16 S.Ct. 977 (1896); *Yick Wo v. Hopkins*, 6 S.Ct.1064 (1886); *Mathews v. Diaz*, 96 S. Ct. 1883(1976); and *Plyler v. Doe*, 102 S.Ct. 2382 (1982). Curiously, Plaintiffs have been denied these very rights that favor unlawful aliens.

6. Muslims in the United States of America appear to have better entrenched rights under the First Amendment as observed in a recent decision of the Circuit Court of the Thirteenth Judicial Circuit, Hillsborough County, Florida in Case No. 08003497 when Judge Richard A. Nielsen, circuit court judge for Division L, agreed with counsel that Muslims have a right to remove the adjudication of Islamic issues from non-Muslim courts to their own ecclesiastical (sharia) courts.

7. The dissent written by Justice John Marshall Harlan in *Downes v. Bidwell*, 182 U.S. 244 (1901) held that the U.S. Congress was always bound to enact laws within the jurisdiction of the Constitution. In it, he said, "This nation is under the control of a written constitution, the supreme law of the land and the only source of the powers which our government, or any branch or officer of it, may exert at any time or at any place." He held that the Congress had no existence, and therefore had no authority, outside of the

U.S. Constitution. He also said, "... ***two national governments exist; one to be maintained under the Constitution, with all its restrictions, the other to be maintained by Congress outside and independently of that instrument***. By exercising such powers as other nations of the earth are accustomed to a radical and mischievous change in our system of government will result ... We will, in that event, pass from the era of constitutional liberty guarded and protected by a written constitution into an era of legislative absolutism ... ***It will be an evil day for American liberty*** if the theory of a government outside the supreme law of the land finds lodgment in our constitutional jurisprudence." (emphasis added).

Plaintiffs have reason to believe that Justice Harlan's cautionary warning has become an alarming reality in light of the Defendants' actions in the execution of Foust, and the tactics being perpetrated against Plaintiff Turner and his followers.

## H. RELIEF SOUGHT

1. As relief for the First Cause of Action, Plaintiffs seek five hundred million dollars as cumulative damages representing compensatory, aggravated, general, exemplary and special damages for unnecessary loss of life occasioned by Foust.

2. As relief for the Second Cause of Action, a declaratory judgment in favor of Plaintiff Turner, and his followers and students, so that he, and others, will not be prevented, thwarted, threatened, or discouraged by law enforcement agencies and agents from teaching the Scriptures and

the U.S. Constitution in reliance of a constitutional right to free speech as guaranteed in the First Amendment, Bill of Rights, U.S. Constitution.

3. As relief for the Third Cause of Action, Plaintiff prays for one hundred and fifty million dollars representing compensatory, aggravated, general, exemplary and special damages, cumulatively, from Dothan Eagle for causing Plaintiff to suffer public humiliation, hatred, contempt, ridicule and loss of reputation in the wake of their libelous articles that have also caused severe emotional and mental distress to the Plaintiff.

4. In the interests of justice Plaintiffs reserve the right to amend this Complaint as further and better evidence surface to buttress Plaintiff's claims.

## I. **AFFIDAVIT OF PLAINTIFF JAMES TIMOTHY TURNER**

I aver, assert and affirm that my lawful name is James Timothy Turner. I verily state that I am currently enrolled as a law student with the Indigenous Peoples Law Project Law College helmed by Judge Navin C Naidu of the ʻNato Indian Nation, Utah, and the Lipan Apache Band of Texas. Judge Naidu is a Member in Good Standing with the American Judges Association, Membership # 160325.

I crave the Court's indulgence in granting me the privilege of holding me to less stringent standards and to construe my pleadings liberally as in *Estelle v. Gamble,* 429 U.S. 97, 102 (1976) when Justice Thurgood Marshall cited *Haines v. Kerner*, 404 U.S. 519 (1972), concerning a pro se complaint, "however inartfully pleaded," must be held to "less stringent standards than 19 formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim if it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief," quoting *Conley v. Gibson*, 355 U.S. 41, 45-46.

Respectfully submitted this 22nd day of December, 2011.

James Timothy Turner
Plaintiff *in propria persona*
285 East Broad Street          Tel. (334) 774 7673
Ozark, Alabama 36360          E-mail: jtturner022@yahoo.com

16

## JURAT

State of  Alabama         )
                          ) ss.
County of  Dale           )

The above named Plaintiff James Timothy Turner personally appeared before me, a Notary, and proved to me on the basis of satisfactory evidence and identification to be the man whose name is subscribed to the within instrument, and that by his signature on this Complaint to the United States district Court.

Under oath this _22_ day of _December_____, A.D. 20101

_Cynthia J Bowman_____
Notary name PRINTED

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: May 4, 2014
BONDED THRU NOTARY PUBLIC UNDERWRITERS

_____
My commission expires

_Cynthia J Bowman_____
Notary Signature

Seal/Stamp

http://www2.dothaneagle.com/news/2011/may/21/3/sovereigns-gain-attention-law-enforcement-ar-1872889/

# dothaneagle.com
## DOTHAN EAGLE

Published: May 21, 2011
Updated: May 21, 2011 - 11:01 PM

Home / news / local /

# 'Sovereigns' gain attention of law enforcement

## By Lance Griffin



Twenty months before Dothan resident Monty Ervin spent 17 days in the Houston County Jail after being ticketed for obstruction of government operations, driving without a license and proof of insurance, and almost five years before being arrested on charges of conspiracy and tax evasion, he filed documents in Houston County Probate Court stating:

"I, Monty-Wayne, of the family of Ervin, am a sovereign Most Christian Prince as certified by His Most Christian Majesty, Prince George, the Arch-Treasurer for 'The United States of America" in the Treaty of Paris of 1783.

"I am not a citizen of "the United States" as that term is defined ... I am not a resident individual United States Person known as MONTY WAYNE ERVIN."

Eight months later, he sent a letter to Col. Chris Murphy of the Alabama Department of Public Safety, demanding to know the law that required a license to drive on the roads of Alabama. He then filed another document in probate court declaring "non-resident foreign immune status with the right of traveling freely without license."

Then, in 2008, after signing the bond documents that allowed him to leave the Houston County Jail on misdemeanor traffic charges, Ervin filed additional documents in probate court repudiating his own signature, claiming he was forced to sign under duress.

"Again, I am not MONTY WAYNE ERVIN or any all CAPITAL LETTER PERSON," he wrote in the court filing. "For those reading this that may not understand the significance of this, I was taught in school about the time of JFK's death that I would never see my name in ALL CAPS unless it was placed on my tombstone before I died and that anything written in ALL CAPS is not alive."

Later in 2008, he filed probate documents in which he said he was "expatriating" himself from the United States and declaring allegiance to the "Kingdom of Israel."

Ervin's belief system is consistent with the sovereign citizens, a rapidly expanding group of individuals who believe the current government has no authority over them and they can not be taxed or regulated on the roads in any way. Many also believe that, if they file the right documents, an account of up to $20 million secretly placed in their name at birth can be accessed.

Although very few of those who adhere to the sovereign ideology engage in violence, the movement is considered a domestic terrorist threat by the FBI because some have used self-created courts to issue warrants for judges and police officers, created their own currency and impersonated diplomats and other officials.

Two acts, however, placed sovereigns squarely on the FBI radar. In late March of 2010, sovereigns wrote letters to the governors of 30 states — including Alabama — informing them if they did not resign from their office within three days, they would be removed. The most alarming act happened May 20, 2010, when police in West Memphis, Ark., stopped a white minivan occupied by Jerry Kane and his 16-year-old son, Joe. Soon after officers approached the vehicle, Joe opened fire on the officers with an AK-47. The officers were killed and the Kanes were later killed by other officers after a brief chase. Police said the Kanes were heavily involved in the sovereign movement.

Local Involvement

Houston County Sheriff Andy Hughes has a thick file connected to local dealings with sovereign citizens. He said southeast Alabama appears to have a high concentration of people who adhere to some or most of the sovereign ideology.

Hughes said he became concerned for the safety of law enforcement after the West Memphis shooting and helped bring together several Wiregrass law enforcement agencies for an informal workshop on dealing with sovereigns.

"For us, this goes beyond what some people might consider as a nuisance or something like that," Hughes said. "We definitely look at it as a threat."

Hughes said he does not know of any violent acts committed by the sovereigns. Some clog the courts with lawsuits or frivolous liens against judges, law enforcement or others. Several Wiregrass residents have had billions of dollars in liens filed on their property. Removing them is often costly and time consuming.

Some sovereigns act independently. Others have organized into various groups. One with ties to southeast Alabama has elected a "president" and cabinet and has said it is currently operating the true, restored government as intended when the United States was formed.

A group of 27 residents from Wiregrass counties has signed a document pledging to be members of a "de jure grand jury" that will act as the supreme ruling body for the state of Alabama after a predicted collapse of the current federal and state governments.

Ervin is currently being detained while awaiting his trial on the tax evasion charges. His attorneys have filed motions with the court asking the judge to release him until the trial.

Rationale for beliefs

Although variations of ideology exist, sovereigns generally believe the form of government that currently exists is bogus and was perpetrated on the American people after what they believe was a fraudulent passage of the 14th Amendment to the Constitution.

Sovereigns believe that between 1868 and 1871, Congress unlawfully changed the system of government and made "the United States of America" as it is known now into a corporation. Sovereigns see federal state and local governments, courts and law enforcement as "sub-corporations" and do not believe they are subject to their jurisdictions.

Sovereigns believe the original intent of the founding fathers was to make all U.S. citizens "kings and queens", meaning they had complete individual sovereignty as long as they did not violate the laws of scripture.

Sovereigns believe that the name listed on your birth certificate is your "corporate shell" name and does not identify the true you. They believe that the all-capital letters now used on birth certificates and driver's licenses has significant meaning. With correct styling of your true name and the filing of correct documents, many believe you can access funds deposited in the secret treasury at each citizen's birth to monetize the true value of their life.

They believe that documents indicate the only true jurisdiction of the United States is the Washington, D.C., area.

Sovereigns also believe that residents unwittingly enter into "contracts" with the corporate government by agreeing to receive a social security card or drivers license or any other form of government issued identification. They also believe the government has no authority to require you to pay taxes unless you voluntarily say or acknowledge you are a United States citizen.

To most sovereigns, the current government system is all about revenue, and you don't have to participate.

Growing quickly

The movement has grown quickly over the past few years, according to one watch group that monitors sovereigns and other similar groups.

"This is a movement that is absolutely exploding," said Mark Potok, president of the Southern Poverty Law Center in Montgomery.

Potok said the economic recession is a primary reason for the movement's popularity. He said the attraction of the idea that you can access a secret bank account in your "true" name is a big motivator.

"It promises people, in tough economic times, you can get something for nothing," Potok said.

The SPLC created a 12-minute DVD with the help of West Memphis Police Chief Bob Paudert — whose son was one of the officers killed in the shootout with the Kanes — and sent it to 75,000 law enforcement agencies around the country. Potok said the DVD is a tool for law enforcement when dealing with sovereigns.

"The thing people need to be aware of is simply not to be taken in by these absolutely groundless theories," Potok said. "If you do not pay your taxes, you are very likely going to wind up in prison. What is happening is unwitting members of the public are being duped by an absolutely false theory."

SOVEREIGN CITIZEN COMMON TRAITS

» Self-made license plates with strange names or phrases

» Use of outdated language in response to law enforcement questions

» Odd punctuation, styling of names such as "John-Robert of the family of Doe"

» The absence of a ZIP code in adherent's addresses.

Source: Southern Poverty Law Center Intelligence Report

Dothan Eagle © Copyright 2011 Media General Communications Holdings, LLC. A Media General company.

http://www2.dothaneagle.com/news/2011/may/26/letter-what-about-illegal-foreigners-ar-1893028/

# dothaneagle.com
DOTHAN EAGLE

Published: May 26, 2011

Home / news / opinion / mailbag /

# Letter: What about illegal foreigners?

## By David Oltmans, Midland City

I read with amusement the Sunday's front-page article about the "growing threat" of the sovereign movement. Although I will admit that the position these individuals take is extreme and perhaps truly represents a threat to law enforcement, I cannot understand how this seemingly miniscule group can garner your attention when we have been infiltrated by millions of illegal foreigners, many of whom are criminals.

Illegal foreigners threaten every one of us daily, regardless of their reason for being here illegally, whereas members of an insignificant cult are being closely followed by the Southern Poverty Center. Your article makes no reference to the threat that the sovereign group represents to minority groups, so why the SPC attention?

Perhaps in a follow-up article, you can clue us in as to why the SPC feels so threatened by the sovereign movement when thousands of U.S. citizens are injured, killed or murdered by illegal foreigners every year. The "threat," as explained by SPC President Mark Potok, is that people may succumb to the sovereign doctrine, the worst possible case being that "it promises people in tough economic times, you can get something for nothing."

What does Mr. Potok think has been happening in our great society for the last five decades? His explanation sounds like a recap of the Nigerian Oil Minister's bogus internet scam. I do not see where the sovereign movement stupidity rises to the level of racial discrimination or other potential hate crimes the SPC legitimately tracks.

To sum up the article: the sovereigns do not want to be identified as U.S citizens, nor do they desire to comply with the laws of the state or federal government. They do not have license plates on their cars or carry driver's licenses or pay taxes or auto insurance or desire to otherwise conform to societal legal standards. So where is the difference between the sovereign movement and illegal foreigner except the greater probability that the illegal foreigner will have more of a negative impact on our security and society because our government is so apathetic about enforcing our immigration law?

I see no difference in the comparison, only the hypocrisy in the way the illegal immigration issue is covered by our media.

Another good follow-up article would be to enlighten us as to the scope of illegal foreigner drug cartel activity in our area which represents the true high probability threat to our law enforcement personnel and every Wiregrass citizen.

David Oltmans

Midland City

Dothan Eagle © Copyright 2011 Media General Communications Holdings, LLC. A Media General company.