James Timothy Turner
Plaintiff *in propria persona*
285 East Broad Street
Ozark, Alabama 36360
Tel. (334) 774 7673
E-mail: jtturner022@yahoo.com

FILED
2011 DEC 27 P 12: 49
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| James Timothy Turner, et al, and the Sovereign People of the Republic for the United States of America,<br><br>Plaintiffs,<br><br>v.<br><br>President of the United States,<br><br>Speaker of the House of Representatives of the United States,<br><br>President of the Senate of the United States,<br><br>Attorney General of the United States,<br><br>Governors of the Fifty States of the United States,<br><br>County Commissioners and Sheriffs of the 3131 Counties of the United States,<br><br>Doug Valeska District Attorney, Houston County, Alabama, et al,<br><br>*Defendants continued,* | ) JUDGE JOHN E OTT<br>)<br>) CASE NUMBER<br>) 2:11-CV-04315-JEO<br>)<br>) MOTION FOR TEMPORARY<br>) RESTRAINING ORDER<br>) PURSUANT TO RULE 65(b),<br>) FEDERAL RULES OF CIVIL<br>) PROCEDURE, IN<br>) CONJUNCTION WITH 28 U.S.C.<br>) §2361 |

1

| | |
|---|---|
| Bob Paudert Chief of Police, West Memphis, Arkansas, et al, | ) ) ) ) |
| Sheriff Andy Hughes, Houston County, Alabama, et al, | ) ) ) ) |
| Sheriff Wally Olson, Dale County, Alabama, et al, | ) ) ) |
| Sheriff Greg Ward, Geneva County, Alabama, et al, | ) ) ) ) |
| Sheriff Dave Sutton, Coffee County, Alabama, et al, | ) ) ) ) |
| Sheriff Tommy Thompson, Barber County, Alabama, et al, | ) ) ) ) |
| Sheriff Will Maddox, Henry County, Alabama, et al, | ) ) ) ) |
| Sheriff Heath Taylor, Russell County, Alabama, et al, | ) ) ) ) ) |
| Dothan Eagle Newspaper, Alabama, | ) ) ) |
| Defendants, | ) |

Plaintiff herein submits an Affidavit requesting this Court to issue a Temporary Restraining Order against the Defendant Sheriffs, while the merits of Case Number 2:11-CV-04315-JEO filed December 22, 2011, are being reviewed:

2

Plaintiff has reason to believe that immediate and irreparable injury, loss and damage will be occasioned as these above-named Defendants, in particular the Sheriffs in Alabama, cited as co-defendants in Case Number 2:11-CV-04315-JEO filed December 22, 2011, with this Court, are planning certain overt or covert actions against Plaintiff and his followers. Plaintiff requests this Court to question these Sheriffs as to the truth or falsity of the fact that they are planning arrests of at least eighty people associated with the Plaintiff, according to their departmental memos, emails, and notices and other correspondences exchanged between these Sheriffs.

Said Sheriffs have threatened and intimidated Plaintiff and his followers, through 3rd parties, of imminent arrest if Plaintiff is seen to be continuing his teachings, lectures, and broadcasts to a select group of people regarding the US Constitution and the Holy Bible which focuses on how this nation ought to steer itself out of its present social and economic mismanagement.

Plaintiff's teaching are no different from the Mormons teaching adherence of the Mormon faith deciding to store food and water in preparation for the warnings of God in the Book of Revelation as contained in the Holy Bible. The Mormons, if the perception of these above named Sheriffs is taken literally and seriously, can be deemed alarmists and extremists when in reality the Mormons are following scriptural and biblical warnings.

The Muslims in this country believe in the sharia call for jihad (holy war) in their scriptures, and, yet the government of the United States does not threaten them with arrest and other forms of intimidation which the Plaintiff is facing on a daily basis as a practicing Christian for merely exercising his

3

peaceful constitutional rights for religious freedom, free speech and the right to peaceably petition his Government for redress of grievances.

Said Sheriffs have a different perception. They accuse Plaintiff and his followers of causing rebellion and strife which is totally false and baseless. Plaintiff fears that his imminent arrest would deny him his constitutional rights to free speech, religious freedom, and a Ninth Amendment right to earn a livelihood.

Plaintiff further requests this Court to issue another Temporary Restraining Order against Defendant Dothan Eagle, not as prior restraint, from publishing or causing to be published defamatory and libelous articles and stories about Plaintiff and his followers with reckless disregard as to the truth.

For the reasons set forth herein, Plaintiff implores this Court to grant these Temporary Restraining Orders until this Court conducts a trial to determine the truth according to the facts in this case.

Further Affiant sayeth naught.

Respectfully submitted this 27th day of December, 2011.

## I. **AFFIDAVIT OF PLAINTIFF JAMES TIMOTHY TURNER**

I aver, assert and affirm that my lawful name is James Timothy Turner. I verily state that I am currently enrolled as a law student with the Indigenous Peoples Law Project Law College helmed by Judge Navin C Naidu of the 'Nato Indian Nation, Utah, and the Lipan Apache Band of Texas.

Judge Naidu is a Member in Good Standing with the American Judges Association, Membership # 160325.

I crave the Court's indulgence in granting me the privilege of holding me to less stringent standards and to construe my pleadings liberally as in *Estelle v. Gamble,* 429 U.S. 97, 102 (1976) when Justice Thurgood Marshall cited *Haines v. Kerner,* 404 U.S. 519 (1972), concerning a pro se complaint, "however inartfully pleaded," must be held to "less stringent standards than 19 formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim if it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief," quoting *Conley v. Gibson,* 355 U.S. 41, 45-46.

Respectfully submitted this 27th day of December, 2011.

*James Timothy Turner*
James Timothy Turner

Plaintiff *in propria persona*
285 East Broad Street
Ozark, Alabama 36360
Tel. (334) 774 7673
E-mail: jtturner022@yahoo.com

# JURAT

State of Alabama )
            ) ss.
County of Dale   )

The above named Plaintiff James Timothy Turner personally appeared before me, a Notary, and proved to me on the basis of satisfactory evidence and identification to be the man whose name is subscribed to the within instrument, and that by his signature on this Complaint to the United States district Court.

Under oath this 27th day of December, A.D. 20101

_Samantha A. Hall_                    _SH A. Hall_
Notary name PRINTED                   Notary Signature

_8/14/2014_                           Seal/Stamp
My commission expires

5