IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES TIMOTHY TURNER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action Number |
| | ) | **2:11-cv-04315–JEO** |
| **PRESIDENT OF THE UNITED STATES,** *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the court is plaintiff James Timothy Turner's Complaint and Motion for a Temporary Restraining Order. (Docs. 1 and 2). Before addressing plaintiff's request for a temporary restraining order, however, the court raises *sua sponte*, whether plaintiff has filed this case in the appropriate district. Pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), a district court may consider venue *sua sponte* and transfer a civil action to another district if it was brought in the wrong district or for the convenience of the parties and witnesses involved in the case. Before transferring a case *sua sponte*, however, a court should give the parties notice and allow them to present their views on the issue. *See Tazoe v. Airbus S.A.S.*, 631 F.3d 1321 (11th Cir. 2011); *Lipofsky v. New York State Workers Comp. Bd.*, 861 F.2d 1257, 1258 (11th Cir. 1988) (noting a district court's ability to raise the issue of defective venue on its own motion so long as it provides the parties an opportunity to respond prior to dismissal).

Thus, the court **ORDERS** the plaintiff to show cause why this case should not be transferred to the Middle District of Alabama, which is the appropriate venue because it encompasses the Ozark and Dothan areas where both plaintiff resides and where the allegedly wrongful conduct took place. Plaintiff may inform the court why he filed this case in the

Northern District of Alabama and whether he objects to its **transfer** to the United States District Court for the Middle District of Alabama.  Plaintiff's response to this Order is due by **Wednesday, January 12, 2012**.

    **DONE**, this the 28th day of December, 2011.

_____
**JOHN E. OTT**
United States Magistrate Judge