FILED
2012 Jan-17 PM 02:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
JAN 17 A 11: 40
DISTRICT COURT
D. OF ALABAMA

James Timothy Turner
Plaintiff in propria persona
285 East Broad Street
Ozark, Alabama [36360]
334-774-7673
E-mail: jtturner022@yahoo.com

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
SOUTHERN DIVISION

James Timothy Turner, Plaintiff

v.

President of the United States, et al
Defendants

## ANSWER TO ORDER TO SHOW CAUSE

Judge John E Ott,

I requested this case be heard in the Northern District of Alabama due to the fact of the past experiences that I have had in the Middle District of Alabama. I currently hold a large lien against officers of the Middle District Court along with a verified affidavit of criminal complaint against certain officers of the same. I have personally experienced much theft and fraud involving the Middle District and due to my actions exposing said fraud I believe the officers of this court are prejudiced against me. I have some hope that the Northern District will more closely abide by the law rather than act in dishonor as the middle district court has. I mean no disrespect for you or your court. I pray that justice may still be found in America. I request that the case remain in the Northern District.

*James Timothy Turner*
James Timothy Turner