FILED

2012 Jan-19  PM 05:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

---

JAMES TIMOTHY TURNER, et al.,

      Plaintiff,

v.                           Case No.:  11-CV-04315-JEO

PRESIDENT OF THE UNITED STATES,
SPEAKER OF THE HOUSE OF REPRESENTATIVES
    OF THE UNITED STATES,
PRESIDENT OF THE SENATE OF THE UNITED STATES,
ATTORNEY GENERAL OF THE UNITED STATES,
GOVERNORS OF THE FIFTY STATES OF THE
    UNITED STATES
COUNTY COMMISSIONERS AND SHERIFFS OF THE 3131
    COUNTIES OF THE UNITES STATES,
DOUG VALESKA DISTRICT ATTORNEY, HOUSTON
    COUNTY, et al,
BOB PAUDERT CHIEF OF POLICE WEST MEMPHIS,
    ARKANSAS, et al,
SHERIFF ANDY HUGHES, HOUSTON COUNTY, et al,
SHERIFF WALLY OLSON, DALE COUNTY, et al,
SHERIFF GREG WARD, GENEVA COUNTY, et al,
SHERIFF DAVE SUTTON COFFEE COUNTY, et al,
SHERIFF TOMMY THOMPSON, BARBER COUNTY, et al,
SHERIFF WILL MADDOX, HENRY COUNTY, et al,
SHERIFF HEATH TAYLOR, RUSSELL COUNTY et al, and
DOTHAN EAGLE NEWSPAPER,

      Defendants.

---

## LORI J. O'BRIGHT AFFIDAVIT

---

STATE OF WISCONSIN      )
                         )SS
COUNTY OF OUTAGAMIE    )

    I, Lori J. O'Bright, being first duly on oath state as follows:

1. I am the County Clerk for Outagamie County.

2. The Outagamie County Clerk's Office was not served by a summons or complaint pursuant to Federal Rule of Civil Procedure 4(j)(2) and Wis. Stat. § 801.11 before December 29, 2011 – the date I understand the complaint in this matter was delivered to Outagamie County's Clerk of Circuit Court.

3. No other documents pertaining to this matter have been delivered to the Clerk's office.

Dated this 18th day of January, 2012.

_____
Lori J. O'Bright

Subscribed and sworn to before me
this 18 day of January, 2012
_____
Notary Public, State of Wisconsin
My commission expires: 12-7-2014