UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

JAMES TIMOTHY TURNER, et al.,

    Plaintiff,

v.                                Case No.:  11-CV-04315-JEO

PRESIDENT OF THE UNITED STATES,
SPEAKER OF THE HOUSE OF REPRESENTATIVES
    OF THE UNITED STATES,
PRESIDENT OF THE SENATE OF THE UNITED STATES,
ATTORNEY GENERAL OF THE UNITED STATES,
GOVERNORS OF THE FIFTY STATES OF THE
    UNITED STATES
COUNTY COMMISSIONERS AND SHERIFFS OF THE 3131
    COUNTIES OF THE UNITES STATES,
DOUG VALESKA DISTRICT ATTORNEY, HOUSTON
    COUNTY, et al,
BOB PAUDERT CHIEF OF POLICE WEST MEMPHIS,
    ARKANSAS, et al,
SHERIFF ANDY HUGHES, HOUSTON COUNTY, et al,
SHERIFF WALLY OLSON, DALE COUNTY, et al,
SHERIFF GREG WARD, GENEVA COUNTY, et al,
SHERIFF DAVE SUTTON COFFEE COUNTY, et al,
SHERIFF TOMMY THOMPSON, BARBER COUNTY, et al,
SHERIFF WILL MADDOX, HENRY COUNTY, et al,
SHERIFF HEATH TAYLOR, RUSSELL COUNTY et al, and
DOTHAN EAGLE NEWSPAPER,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Outagamie County, Wisconsin and its officials' Notice of Motion and Motion to Dismiss, Brief in Support of Motion to Dismiss, and affidavit of Lori J. O'Bright have been furnished by U.S. Mail, postage prepaid and properly addressed, on this 19th day of January, 2012 to:

James Michael Turner
285 East Broad Street
Ozark, Alabama  36360

                                                                     <u>s/Amanda J. Kranz</u>
                                                                        Amanda J. Kranz