# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JAMES TIMOTHY TURNER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:11-cv-04315-JEO |
| ) | |
| **PRESIDENT OF THE UNITED** ) | |
| **STATES, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

This cause initially was assigned to the undersigned magistrate judge pursuant to the Court's General Order of Referral of Civil Matters to Magistrate Judges. The parties have not consented to the exercise of final jurisdiction by the magistrate judge under 28 U.S.C. § 636(c) and the undersigned has filed a report and recommendation recommending that this case be transferred to the Middle District of Alabama. In accordance with the General Order, the case is now due to be assigned to a district judge for all further proceedings. Consequently, the Clerk is **DIRECTED** to reassign this case to a district judge randomly drawn. The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record and to Plaintiff at his address of record.

**DONE** this 20th day of January, 2012.

_____
**JOHN E. OTT**
United States Magistrate Judge