# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JAMES TIMOTHY TURNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:11-CV-4315-VEH |
| | ) |
| **PRESIDENT OF THE UNITED STATES, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The case is before the court on the report and recommendation (Doc. 9) entered on January 20, 2012, in which the magistrate judge has recommended that the "action be transferred to the Middle District of Alabama." (*Id.* at 9). The deadline for Plaintiff to file his objections to the magistrate judge's recommendation ran on February 6, 2012, and Plaintiff did not file any.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and that his recommendation is due to be and is hereby **ACCEPTED**. In particular, the court notes that Plaintiff's apparent concern about his inability to get impartial

treatment in the Middle District of Alabama is more properly handled not by failing to transfer the case but rather by Plaintiff's filing a recusal motion. A separate order transferring this case to the Middle District of Alabama, Southern Division,[1] will be entered.

**DONE** and **ORDERED** this the 7th day of February, 2012.

                                     **VIRGINIA EMERSON HOPKINS**
                                     United States District Judge

---

[1] The Southern Division of the United States District Court for the Middle District of Alabama is comprised of Coffee, Dale, Geneva, Henry, and Houston Counties. *See* http://www.almd.uscourts.gov/courtdir/divisions.htm (last accessed on Feb. 6, 2012). Plaintiff's residence is located in Dale County and several of the defendants named in Plaintiff's complaint have ties to the Southern Division, including Houston, Dale, Geneva, and Henry Counties.